AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Julio Cesar Audelo Gonzalez<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>2:22-mj-1035-MRM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 17, 2020 _____ in the county of _____ Lee _____ in the _____ Middle _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry After Deportation. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Orlando Reyes, Deportation Officer, DHS, ICE
_____
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _____ 03/02/2022 _____

_____
*Judge's signature*

City and state: _____ Fort Myers, Florida _____

MAC R. MCCOY, U.S. MAGISTRATE JUDGE
_____
*Printed name and title*

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA
2022 MAR -2 PM 2: 07
FILED

## AFFIDAVIT

I, ORLANDO REYES, being duly sworn on oath depose and state the following:

1.      I have been employed as a Deportation Officer for United States Immigration and Customs Enforcement (ICE) and have been so employed since March 2002. I currently hold the position of Deportation Officer, which I have held since September of 2015. My duties include the apprehension of aliens who are in the United States illegally and the enforcement of the immigration laws including offenses involving aliens who are believed to have reentered the United States, after deportation, without authorization from the Attorney General. This affidavit is based upon my personal knowledge and information, which has been provided to me by other law enforcement officers.

2.      On June 16, 2020, the Lee County Sheriff's Office (LCSO) in Fort Myers, Florida arrested Julio Cesar Audelo Gonzalez ("Audelo Gonzalez") for the offense of First-Degree Burglary with Assault or Battery, in violation of Florida Statute 810.02, and Aggravated Stalking – Violation of Order, in violation of Florida Statute 784.048(4). Lee County is within the Middle District of Florida.

3.      On June 17, 2020, while electronically conducting enforcement operations at the Lee County Jail, a Deportation Officer of the Fort Myers Criminal Alien Program encountered Audelo Gonzalez incarcerated at the Lee

County Jail. An Immigration detainer was lodged with LCSO.

4.    On July 14, 2020, Deportation Officer (DO) Kevin Cowgill read Audelo Gonzalez his *Miranda* warnings. Audelo Gonzalez gave a sworn statement post *Miranda* warnings in which he said that his true and complete name was Julio Cesar Audelo Gonzalez, and that he was born in Nayarit, Mexico on January 1, 1980. Audelo Gonzalez said that he was a citizen of Mexico. Further, Audelo Gonzalez said that he had been deported from the United States in 2017, and Audelo Gonzalez said that he was removed from the United States from Laredo, Texas.

5.    As per ICE procedure, Audelo Gonzalez's fingerprints were rolled, scanned, and electronically submitted into the Federal Bureau of Investigations "Next Generation Identification" (NGI). Audelo Gonzalez was also processed through the DHS "Automated Biometric Identification System" (IDENT), which resulted in his fingerprints matching a record of a previously deported alien under alien file A209 412 062.

6.    A search of the ICE computer databases revealed that alien number 209 412 062 is assigned to Julio Cesar Audelo Gonzalez, a citizen and native of Mexico born on January 9, 1980. I subsequently reviewed all documents contained in the alien file pertaining to A209 412 062. Contained in the file is an Order by an Immigration Judge issued in Dallas, Texas on February 28, 2017, ordering Audelo Gonzalez removed from the United States to Mexico.

2

Contained in the alien file is an executed Warrant of Removal/Deportation (Form I-205), which revealed that Audelo Gonzalez had been deported from the United States to Mexico on March 3, 2017, from Laredo, Texas. Also contained in the alien file is an Order of Intent/Decision to Reinstate Prior Order (Form I-871) which stated that Audelo Gonzalez had illegally reentered the United States on or about October 12, 2017, at or near Sasabe, Arizona and that his previous order of removal was reinstated in accordance with section 241(a)(5) of the Immigration and Nationality Act (INA). Also contained in the file is an executed Warrant of Removal/Deportation (Form I-205), which revealed that Audelo Gonzalez was deported from the United States to Mexico on December 28, 2017.

7. Subsequent to his last deportation from the United States on December 28, 2017, Audelo Gonzalez reentered the United States on an unknown date, at an unknown location without being admitted or paroled after inspection by an immigration officer at a designated port of entry and without permission by the Department of Homeland Security.

8. On February 28, 2022, Audelo Gonzalez was convicted in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County Florida, in Fort Myers, Florida for the offense of trespass, occupied structure and battery. Audelo Gonzalez was sentenced to a term of imprisonment of 364 days, with credit for time served of 623 days.

3

9.    On March 1, 2022, pursuant to the Immigration Detainer filed on June 17, 2020, Audelo Gonzalez was released from the Lee County Jail into ICE custody, and Deportation Officer Sergio Amador transported him to the ICE Fort Myers Sub-Office for further processing. The ICE Fort Myers Sub-Office is located at 8860 Salrose Lane, Fort Myers, Florida 33912 and within the Middle District of Florida.

10.    On March 2, 2022, a Fingerprint Specialist with U.S. Immigration and Customs Enforcement, Homeland Security Investigations examined the fingerprint contained on the Warrants of Removal/Deportation executed on March 3, 2017, and on December 28, 2017, and compared the fingerprints to that of the individual located in Lee County, Florida on June 17, 2020. The Fingerprints Specialist determined that the fingerprint impressions were made by the same individual.

11.    A search of ICE databases has revealed that Audelo Gonzalez had never received permission to reenter the United States from the United States Attorney General or the Secretary for Homeland Security, after his deportation from the United States in 2017.

12.    Based on the above information, I have concluded that, to the best of my knowledge and belief, there is probable cause to believe that the Defendant,

4

Julio Cesar Audelo Gonzalez is presently in the United States, in violation of 8 U.S.C. § 1326(a).

Orlando Reyes, Deportation Officer
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Affidavit submitted by email and attested to me at
true and accurate by telephone consistent with
Fed. R. Crim. P. 4.1 and 4(d) before me
This 2nd day of March, 2022.

MAC R. MCCOY
United States Magistrate Judge

5